IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | : | Civil Action No. 4:15-00675 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| INFLECTION ENERGY, LLC, U.S. WELL SERVICES, LLC and U.S. WELL SERVICES, INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**
August 19, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT: Inflection Energy, LLC's Motion to Dismiss (ECF No. 28) is DENIED.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge

1