# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WILLIAMS, | No. 4:15-CV-00675 |
| Plaintiff, | (Judge Brann) |
| v. | |
| INFLECTION ENERGY, LLC, U.S. WELL SERVICES, LLC, AND U.S. WELL SERVICES, INC., | |
| Defendants and Third-Party Plaintiff, | |
| v. | |
| HYPERION SAFETY SERVICES, LLC, | |
| Third-Party Defendant. | |

## ORDER

### JULY 16, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion for Partial Summary Judgment filed by Defendant and Third-Party Plaintiff U.S. Well Services, LLC, ECF No. 116, is **GRANTED IN PART** as follows:

1. Third-Party Defendant Hyperion Safety Services, LLC **SHALL** release, defend, and indemnify U.S. Well Services, LLC against Plaintiff Michael Williams's claims, limited to the amount of

insurance that is equally provided by Hyperion Safety Services, LLC and U.S. Well Services, LLC.

2. The motion is otherwise **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge