# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WILLIAMS, | No. 4:15-CV-00675 |
| Plaintiff, | (Judge Brann) |
| v. | |
| INFLECTION ENERGY, LLC, U.S. WELL SERVICES, LLC, AND U.S. WELL SERVICES, INC., | |
| Defendants and Third-Party Plaintiff, | |
| v. | |
| HYPERION SAFETY SERVICES, LLC, | |
| Third-Party Defendant. | |

## ORDER

### APRIL 7, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Hyperion's motion for partial summary judgment (Doc. 136) is **DENIED**.

A telephone conference call with counsel of record will be scheduled by separate Order of Court.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge