# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WILLIAMS, | No. 4:15-CV-00675 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| INFLECTION ENERGY, LLC, U.S. WELL SERVICES, LLC, and U.S. WELL SERVICES, INC., | |
| Defendants and Third-Party Plaintiffs, | |
| v. | |
| HYPERION SAFETY SERVICES, LLC, | |
| Third-Party Defendant and Third-Party Plaintiff, | |
| v. | |
| NAVIGATORS INSURANCE COMPANY, | |
| Third-Party Defendant. | |

## **ORDER**

**AND NOW**, this 15th day of September 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Third-Party Defendant Navigators Insurance Company's motion to dismiss Hyperion Safety Services, LLC's third-party complaint (Doc. 159) is **DENIED**.

2. Third-Party Defendant Navigators Insurance Company shall file an Answer to Hyperion Safety Service, LLC's third-party complaint on or before October 6, 2021.

                                        BY THE COURT:

                                        *s/ Matthew W. Brann*
                                        Matthew W. Brann
                                        Chief United States District Judge