IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WILLIAMS, | No. 4:15-CV-00675 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| INFLECTION ENERGY, LLC; U.S. WELL SERVICES, LLC; and U.S. WELL SERVICES, INC., | |
| Defendants and Third-Party Plaintiffs, | |
| v. | |
| HYPERION SAFETY SERVICES, LLC, | |
| Third-Party Defendant and Third-Party Plaintiff, | |
| v. | |
| NAVIGATORS INSURANCE COMPANY, | |
| Third-Party Defendant. | |

**ORDER**

**AUGUST 9, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Third-Party Defendant Navigators Insurance Company's Motion for Partial Summary Judgment (Doc. 181) is **GRANTED**.

2. Navigators's Motion to Strike Answer to Navigators's Motion for Partial Summary Judgment filed by Defendants and Third-Party Plaintiffs U.S. Well Services, LLC and U.S. Well Services, Inc. (Doc. 189) is **DENIED** as moot.

3. The Court will schedule a telephonic conference call by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge